# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Joshua R. Apel, | )<br>)<br>) |
| Plaintiff(s), | )<br>) |
| vs. | ) Case No. 4:19-cv-1929 UNA<br>)<br>) |
| Missouri Department of Corrections, et al. | )<br>) |
| Defendant(s). | ) |

## ORDER

The above styled and numbered case was filed on July 12, 2019 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable Patricia L. Cohen, United States Magistrate Judge, under cause number 2:19-cv-00054.

**IT IS FURTHER ORDERED** that cause number 4:19-cv-1929 UNA be administratively closed.

GREGORY J. LINHARES<br>
CLERK OF COURT

Dated: July 12, 2019     By: Jason W. Dockery
                              Case Initiation Team Leader

**In all future documents filed with the Court, please use the following case number 2:19-cv-00054 PLC.**